UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 17-45 (WOB-CJS)

LONNIE E. ELEY, on behalf
Of the General Cable Savings
And Investment Plan, himself,
And a class consisting of
Similarly situated participants
Of the Plan                                              PLAINTIFFS

VS.                             JUDGMENT

GENERAL CABLE CORP.,
ET AL.                                                   DEFENDANTS

    Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

    **IT IS ORDERED AND ADJUDGED** that plaintiff's amended complaint is **DISMISSED** and this matter is hereby **STRICKEN FROM THE DOCKET OF THIS COURT.**

    This 23rd day of July, 2018.



Signed By:
William O. Bertelsman  WOB
United States District Judge