Case No. 18-5892

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LONNIE E. ELEY, on behalf of the General Cable Savings and Investment Plan, himself, and a class consisting of similarly situated participants of the Plan

      Plaintiff - Appellant

v.

GENERAL CABLE CORPORATION; RETIREMENT PLANS FINANCE COMMITTEE OF GENERAL CABLE CORPORATION; RETIREMENT PLANS ADMINISTRATIVE COMMITTEE OF GENERAL CABLE CORPORATION; ELIZABETH MLEKUSH; ROBERT J. SIVERD; DON KATCHMAN; THE BOARD OF DIRECTORS OF GENERAL CABLE CORPORATION; GREGORY B. KENNY; MICHAEL T. MCDONNELL; GREGORY E. LAWTON; CRAIG P. OMTVEDT; PATRICK M. PREVOST; ROBERT L. SMIALEK; JOHN E. WELSH, III; SALLIE B. BAILEY; EDWARD CHILDS HALL, III

      Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

      **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 20, 2019