**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| LONNIE M. ELEY, on behalf of the General Cable Savings and Investment Plan, himself, and a class consisting of similarly situated participants of the Plan,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL CABLE CORPORATION, THE RETIREMENT PLANS FINANCE COMMITTEE OF GENERAL CABLE CORPORATION, THE RETIREMENT PLANS ADMINISTRATIVE COMMITTEE OF GENERAL CABLE CORPORATION, ELIZABETH MLEKUSH, ROBERT J. SIVERD, DON KATCHMAN, JOHN DOES 1-20, THE BOARD OF DIRECTORS OF GENERAL CABLE CORPORATION, GREGORY B. KENNY, MICHAEL T. MCDONNELL, GREGORY E. LAWTON, CRAIG P. OMTVEDT, PATRICK M. PREVOST, ROBERT L. SMIALEK, JOHN E. WELSH, III, SALLIE B. BAILEY, and EDWARD CHILDS HALL, III,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-00045-WOB-CJS<br><br>(Judge William O. Bertelsman)<br><br>(Mag. Judge Candace J. Smith) |

## **WITHDRAWAL OF NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff withdraws the Notice of Voluntary Dismissal filed on February 20, 2018 (Dkt. No. 57).

Dated: February 25, 2019

Respectfully submitted,

By: *s/ Michael J. Klein*
Michael J. Klein (admitted *Pro Hac Vice*)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: mklein@ssbny.com

Ronald R. Parry (Ky. Bar No 53750)
STRAUSS TROY CO LPA
150 East Fourth Street, 4th floor
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
Email: rrparry@strausstroy.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 25, 2019, I electronically filed the above Withdrawal Of Notice Of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                *s/ Michael J. Klein*
                Michael J. Klein (admitted *Pro Hac Vice*)